**No. 11-5343. Magdaleno Gonsales Campos, Petitioner v. United States.**

565 U.S. 964, 132 S. Ct. 454, 181 L. Ed. 2d 296, 2011 U.S. LEXIS 7554.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 424 Fed. Appx. 906.